IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT S. THOMPSON,
    Petitioner,

v.                                Case No.:  5:10cv186/MCR/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 12, 2012 (doc. 38).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

    Having considered the Report and Recommendation, and the record, the court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     The amended petition for writ of habeas corpus (doc. 23) is **DENIED**.

    3.     A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 16th day of July, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**